IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUE ANN ARCHER, et al.,

    Plaintiffs,

v.

MERCK & CO. INC.,

    Defendant                                       Case No. 06-cv-767-DRH-CJP

### ORDER

**HERNDON, District Judge:**

    Pending before the Court is defendant Merck's Motion to Stay All Proceedings (Doc. 4), filed on October 5, 2006. Specifically, Merck moves the Court to stay this action pending its likely transfer to ***In re Vioxx Products Liab. Litig.*, (MDL) No. 1657**. As of this date, Plaintiff has not responded to the motion. Pursuant to **LOCAL CIVIL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1] Thus, the Court **GRANTS** Merck's Motion (Doc. 4.) And hereby **STAYS** this matter pending its transfer to the MDL.

    **IT IS SO ORDERED.**

    Signed this 14th day of November, 2006.

                                                                         /s/        David    RHerndon
                                                                **United States District Judge**

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL CIVIL RULE 7.1(g)**.